■ LOUELLA E. VON TRESCKOW, Respondent, v. WALTER VON TRESCKOW, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ. [See *post*, p. 1035.]

■ . THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD COLIN, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ.

■ SAM SPEWACK et al., Appellants, v. PARAMOUNT PICTURES CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bastow, JJ.

■ JOHN J. PICIOCCHI, as Administrator of the Estate of ANTHONY PICIOCCHI, Deceased, Appellant, v. EDWARD W. BRADSHAW, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bastow, JJ.

■ In the Matter of the Accounting of LEIGH A. ELKINGTON, as Executor of MARIO MALERBA, Deceased, Respondent. KURT MALERBA, Appellant; LUIGI MALERBA et al., Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bastow, JJ.

■ TICKET CLUBS OF NEW JERSEY, INC., Appellant, v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ CUPPLES COMPANY MANUFACTURERS, on Behalf of Itself and All Other Creditors of FEDERAL CORDAGE CO., INC., Appellant, v. ABE WEINSTEIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ COLLEEN KNITWEAR CORP., Respondent, v. BORIS SMOLER & SONS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ MINNIE KAPLAN et al., Appellants, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ EDYTHE F. WERGER, Respondent, v. NATHAN WERGER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente, McNally and Bergan, JJ.

■ EDYTHE F. WERGER, Respondent, v. NATHAN WERGER, Appellant.— Appeal dismissed. No opinion. Concur — Breitel, J. P., Botein, Valente, McNally and Bergan, JJ.

■ LEON D. ELDOT, Appellant, v. STANDARD-TOCH CHEMICALS, INC., Respondent.— The order at Special Term is modified to permit: the examination under item 7 as to the manner in which "Automatic Color Carousel" is used by the defendant and as to the number of dealers selling defendant's products by use of the said "Automatic Color Carousel"; an examination under item 9, as to the terms and conditions upon which sales, leases, licenses or assignments to the right to manufacture, sell or use the said "Automatic Color Carousel" have been granted. Except as here modified, the order is